IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ *eg* ___ D.C.

05 SEP 19 PM 2: 11

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

J.C. HALL COMPANY, INC.

     Plaintiff/Counter-Defendant,

vs.                                     Case. No. 04-2704 — *β*

DYNASTEEL CORPORATION,

     Defendant/Counter-Plaintiff.

## ORDER EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS

This matter came on upon the motion of Defendant/Counter-Plaintiff, DynaSteel Corporation, to extend the deadline for filing dispositive motions, upon its supporting memorandum, L.R. 7.2(a) counsel certificate, and the entire records herein, from all of which it duly appears that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the deadline for filing dispositive motions be, and the same hereby is, extended to and through October 17, 2005.

UNITED STATES DISTRICT JUDGE

Date:   9/18/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

13

CONSENTED TO AND APPROVED
FOR ENTRY:


FARRIS MATHEWS BRANAN BOBANGO
        HELLEN & DUNLAP, PLC

By: _Fred Ridolphi "/permission by Frances M. Kelly_
        Fred M. Ridolphi, Jr. (#8105)
        40 South Main Street
        One Commerce Square, Suite 2000
        Memphis, TN 38103


MANIER & HEROD

By: _Fred C. Statum III "/permission by Frances M. Kelly_
        Fred C. Statum, III
        One Nashville Place, Suite 2200
        150 Fourth Avenue North
        Nashville, Tennessee 37219-2494

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02704 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Fred M. Ridolphi
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Fred C. Statum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Honorable J. Breen
US DISTRICT COURT