IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| J.C. HALL COMPANY, INC. | : | |
| Plaintiff | : | |
| vs. | : | Case No. 04-2704 |
| DYNASTEEL CORPORATION | : | |
| Defendant. | : | |
| and | : | |
| DYNASTEEL CORPORATION, | : | |
| Counter-Plaintiff, | : | |
| vs. | : | |
| J.C. HALL COMPANY, INC., | : | |
| Counter-Defendant. | : | |

## AGREED ORDER OF DISMISSAL

It appearing, as evidenced by signatures of counsel below, that the parties are in agreement that Plaintiff/Counter-Defendant J.C. Hall Company, Inc.'s ("J.C. Hall") Complaint against Defendant/Counter-Plaintiff DynaSteel Corporation ("DynaSteel"), should be dismissed *without* prejudice, and that DynaSteel's Counter-Complaint against J.C. Hall should be dismissed *with* prejudice, it is therefore **ORDERED, ADJUDGED** and **DECREED** that J.C. Hall's Complaint against DynaSteel be, and hereby is, dismissed *without* prejudice; it is further **ORDERED, ADJUDGED** and **DECREED** that DynaSteel's Counter-Complaint against J.C. Hall be, and hereby is, dismissed *with* prejudice, and that one-half of the costs of this cause shall

#360530

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-8-05



be taxed to DynaSteel for which execution may issue, and that one-half of the costs of this cause shall be taxed to J.C. Hall for which execution may issue.

ENTERED THIS 8th day of November, 2005.

_____
Judge

APPROVED FOR ENTRY:

_____
Fred C. Statum, III          BPR #014495
MANIER & HEROD, P.C.
Suite 2200, One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 244-0030
Attorneys for Plaintiff/Counter-Defendant

_____
Fred M. Ridolphi          BPR #8105
FARRIS, MATTHEWS, BRANAN, BOBANGO,
HELLEN & DUNLAP, PLC
One Commerce Square, Suite 2000
40 South Main Street
Memphis, TN 38103
Attorneys for Defendant/Counter-Plaintiff

#360530

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02704 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Fred C. Statum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Fred M. Ridolphi
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT