UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 10 PM 3:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| J. C. HALL COMPANY, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| DYNASTEEL CORPORATION, | CASE NO: 2:04cv2704-B |
| Defendant. | |
| And | |
| DYNASTEEL CORPORATION, | |
| Counter-Plaintiff, | |
| v. | |
| J. C. HALL COMPANY, INC., | |
| Counter-Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal entered on November 8, 2005, this cause is hereby dismissed, as to Plaintiff/Counter-Defendant, J.C. Hall Company, Inc., dismissed without prejudice; as to Defendant/Counter-Plaintiff, Dynasteel Corporation, dismissed with prejudice.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/10/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02704 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Fred C. Statum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Fred M. Ridolphi
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Alexander W. Wellford
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT